MARTIN L. FINEMAN (State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Fax:  (415) 276-6599
E-Mail:  martinfinemane@dwt.com

WILLIAM BLY (State Bar No. 181571)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899
Email:  williambly@dwt.com

Attorneys for Plaintiffs
CEQUEL III COMMUNICATIONS I, LLC
d/b/a SUDDENLINK COMMUNICATIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEQUEL III COMMUNICATIONS I, LLC d/b/a Suddenlink Communications,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA STATE UNIVERSITY, MONTEREY BAY, and THE FOUNDATION OF THE CALIFORNIA STATE UNIVERSITY, MONTEREY BAY<br><br>Defendants. | Case No. 09-CV-1899-PJH<br><br>**NOTICE OF REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; STATUS REPORT**<br><br>**Date:  August 6, 2009**<br>**Time:  2:30 p.m.**<br>**Courtroom of the Hon. Phyllis J. Hamilton** |

A Case Management Conference is scheduled in this matter for August 6, 2009. The parties are finalizing a settlement that will result in the dismissal of this case.

Therefore, Plaintiff Cequel III Communications I, LLC respectfully requests that the Case Management Conference be continued or taken off calendar.

////

---

1

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CEQUEL III COMMUNICATIONS I, LLC D/B/A SUDDENLINK COMMUNICATIONS        DWT 13170260v1 0102655-000062
Case No.  09-CV-1899

| | |
|---|---|
| 1  Dated: July 31, 2009. | |
| 2 | Respectfully Submitted, |
| 3 | DAVIS WRIGHT TREMAINE LLP |
| 4 | By: /s/ Martin L. Fineman |
| 5 | Martin L. Fineman |
| 6 | Attorneys for Plaintiffs |
| 7 | CEQUEL III COMMUNICATIONS I, LLC d/b/a SUDDENLINK COMMUNICATIONS |



CASE MANAGEMENT CONFERENCE CONTINUED TO SEPTEMBER 10, 2009 AT 2:30 P.M. THE CASE MANAGEMENT CONFERENCE WILL BE VACATED UPON THE FILING OF A DISMISSAL.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CEQUEL III COMMUNICATIONS I, LLC D/B/A SUDDENLINK COMMUNICATIONS      DWT 13170260v1 0102655-000062
Case No.  09-CV-1899

**Proof of Service**

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800 San Francisco, California 94111.

On July 31, 2009 I caused the document described below to be served as indicated below:

**NOTICE OF REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE: STATUS REPORT**

☐  I consigned a true and correct copy of said document for facsimile transmission on July 31, 2009 to the number indicated below

☐  I enclosed a true and correct copy of said documents via email on July 31, 2009 as indicated below

Carrie Hemphill Rieth
University Counsel
California State University –
Office of General Counsel
401 Golden Shore, 4th Floor
Long Beach, Ca   90802
Tel:  561/951-4500
Fax: 562/951-4956
E-Mail:  crieth@calstate.edu

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on July 31, 2009, at San Francisco, California.

    /s/ EDITH SHERTZ
        EDITH SHERTZ

2
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CEQUEL III COMMUNICATIONS I, LLC D/B/A SUDDENLINK COMMUNICATIONS
Case No.  09-CV-1899

DWT 13170260v1 0102655-000062